S:\FILES\5291_CEVA-PANTA\5291R7.1.DOC

KENNEDY LILLIS SCHMIDT & ENGLISH
Charles E. Schmidt (CS8669)
75 Maiden Lane – Suite 402
New York, N.Y. 10038-4816
Telephone:  212-430-0800
Telecopier:  212-430-0810
Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| PANTA SYSTEMS, INC., | ) |
| Plaintiff, | ) 08 Civ. 01014 (MGC) |
| - v. - | ) RULE 7.1 STATEMENT |
| CEVA LOGISTICS, formerly known as, EAGLE GLOBAL LOGISTICS, | ) |
| Defendant. | ) |

      Pursuant to Fed.R.Civ.Pro. 7.1, the undersigned attorney of record for the defendant certifies that the following are any parent corporation and any publicly held corporation that owns 10% or more of such party's stock:

                            NONE.

Dated:   New York, New York    KENNEDY LILLIS SCHMIDT & ENGLISH
        May 22, 2008           Attorneys for CEVA

                                  By:  s/_____
                                      Charles E. Schmidt (CS8669)
                                      75 Maiden Lane – Suite 402
                                      New York, New York  10038-4816
                                      Telephone:  212-430-0800