Patrick J. Corbett, Esq.
James E. Mercante, Esq.
RUBIN, FIORELLA & FRIEDMAN LLP
292 Madison Avenue
New York, New York 10017
Tel: (212) 953-2381

------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
PANTA SYSTEMS, INC.,

        Plaintiff,

   -against-

CEVA LOGISTICS, formally known as,
EAGLE GLOBAL LOGISTICS,

        Defendant.
------------------------------------------------X

**STIPULATION OF DISCONTINUANCE**

Index No.: 08 CV 1014 (MGC)

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties herein, that the above-entitled action has been settled and therefore, may be and is hereby discontinued, pursuant to Rule 41(a)(i)(ii) of the Federal Rules of Civil Procedure, with prejudice, without costs, and subject to the right, upon application made by any party within sixty (60) days of the entry of this Order, to reopen the action if the settlement is not fully consummated.

[*This space intentionally left blank*]

Dated: New York, New York
       May 28, 2008

                    **RUBIN, FIORELLA & FRIEDMAN LLP**
                    Attorneys for Plaintiff
                    PANTA SYSTEMS, INC.

                    Patrick J. Corbett, Esq. (PC2076)

                    292 Madison Avenue
                    New York, New York  10017
                    (212) 953-2381


                    **KENNEDY LILLIS SCHMIDT & ENGLISH**
                    Attorneys for Defendant
                    CEVA LOGISTICS, formally known as,
                    EAGLE GLOBAL LOGISTICS

                    Charles E. Schmidt (CS8669)

                    75 Maiden lane, Suite 402
                    New York, NY 10038-4816
                    (212) 430-0802


**So Ordered:**

_____

Hon. Miriam Goldman Cedarbaum,
U.S.D.J.